```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SANDRA LUGO,                    :    CIVIL ACTION
                                :    NO. 20-5832
       Plaintiff,               :
                                :
  v.                            :
                                :
WAL-MART, INC.,                 :
                                :
       Defendant.               :
```

**ORDER**

**AND NOW,** this **22nd** day of **July, 2022**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 22), and all responses thereto, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Leave to File Reply (ECF No. 27) is **DENIED as moot.**

2. Defendant's Motion for Summary Judgment is **GRANTED in part and DENIED in part**. The motion is **GRANTED** as to Plaintiff's claims for age discrimination under the Age Discrimination in Employment Act and Pennsylvania Human Relations Act ("PHRA") (Counts I and II), Plaintiff's claims for national origin discrimination under Title VII of the Civil Rights Act of 1964 and the PHRA (Counts III and IV), and Plaintiff's claim for false imprisonment (Count VIII). The motion is **DENIED** as to Plaintiff's claims for disability

discrimination under the Americans with Disabilities Act and the PHRA and Plaintiff's claim for retaliation in violation of the Family and Medical Leave Act.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**